# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81316-RLR

CYNTHIA A. GREIG, *on behalf of herself*
*and all others similarly situated*

    Plaintiff,

v.

BACKER ABOUD POLIAKOFF & FOELSTER, LLP,
*a Florida Professional Association,* and
KEITH F. BACKER, *individually*

    Defendants.

_____/

## NOTICE OF APPEAL

    Notice is hereby given that Cynthia Greig, Plaintiff in the above-styled action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Defendants' Motion to Dismiss Counts I and II of Plaintiff's Second Amended Class Action Complaint with prejudice entered in this action on November 7, 2016, a copy of which is filed as "Exhibit 1" [DE 36].  Such dismissal was memorialized in an Order dated January 5, 2017, a copy of which is filed as "Exhibit 2" [DE 40].

    The remaining Count III of Plaintiff's Second Amended Class Action Complaint [DE 20] was voluntarily dismissed by a self-executing Joint Stipulation of Dismissal With Prejudice as to Count III Only on April 7, 2017, a copy of which is filed as "Exhibit 3" [DE 43].  The Court entered an Order Closing Case on April 10, 2017, a copy of which is filed as "Exhibit 4" [DE 44].

*FILED BY ___ HH ___*
*Apr 21, 2017*
*STEVEN M. LARIMORE*
*CLERK U.S. DISTRICT CT.*
*S.D. OF FLA. MIAMI*

Respectfully submitted,

> */s/ Leo W. Desmond*
> Leo W. Desmond, Esq.
> Florida Bar No. 0041920
> DESMOND LAW FIRM, P.C.
> 5070 Highway A1A
> Suite D
> Vero Beach, Florida 32963
> Telephone (772) 231-9600
> Facsimile (772) 231-0300
> lwd@verobeachlegal.com
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April 2017, I electronically filed the Notice of Appeal with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing to: Lewis W. Murphy, Jr. Esq., 2001 U.S. 1 Vero Beach, Florida 32960, wmurphy@murphywalker.com

Respectfully submitted,

> */s/ Leo W. Desmond*
> Leo W. Desmond, Esq.
> Florida Bar No. 0041920
> DESMOND LAW FIRM, P.C.
> 5070 Highway A1A, Suite D
> Vero Beach, Florida 32963
> Telephone: (772) 231.9600
> Facsimile: (772) 231.0300
> lwd@verobeachlegal.com
> *Attorney for Plaintiff*