# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 24, 2018

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 17-11769-X
Case Style: Cynthia Greig v. Backer Aboud Poliakoff & Foels, et al
District Court Docket No: 9:16-cv-81316-RLR

The enclosed copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Stephanie Tisa
Phone #: (305) 579-4432

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 17-11769-AA

CYNTHIA A. GREIG,
on behalf of herself and all others similarly situated,

                Plaintiff - Appellant,

versus

BACKER ABOUD POLIAKOFF & FOELSTER, LLP,
a Florida Limited Liability Partnership,
KEITH BACKER,
Individually,

                Defendants - Appellees.

On Appeal from the United States District Court for the
Southern District of Florida

ORDER:

 Appellant's motion to dismiss this appeal with prejudice is hereby granted with costs taxed against the appellant.

        DAVID J. SMITH
        Clerk of the United States Court of
        Appeals for the Eleventh Circuit

        ENTERED FOR THE COURT BY DIRECTION